| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Nancy Sue Boronka |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Northern District of Illinois | |
| Case Number | 16-32954 JBS |

Official Form 410S1
## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known): 8

**Last four digits** of any number you use to identify the debtor's account: 1337

**Date of payment change:**
Must be at least 21 days after date of this notice    06/20/18

**New total payment:**    $352.43
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____
   _____

   Current escrow payment: $_____    New escrow payment: $_____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest Rate Change
   _____

   Current interest rate: 5.64%    New interest rate: 5.89%
   Current principal and interest payment: $358.64    New principal and interest payment: $352.43

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**    **New mortgage payment**:

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1  Nancy Sue Boronka
         First Name    Middle Name    Last Name

Case number (if known) 16-32954

| **Part 3:** | **Sign Here** |
|---|---|

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ DaLisa Dunaway
    Signature

Date  05 / 30 / 2018

Print:  DaLisa Dunaway

Title:  Support Specialist

Company  PNC Bank, National Association

Address:  P.O. Box 94982
      Number    Street

Cleveland, OH 44101-0570
City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext.

Email:

**Tom Vaughn**
**55 E. Monroe Street**
**Suite 3850**
**Chicago, IL 60603**

## CERTIFICATE OF SERVICE

I, the undersigned, of PNC Bank, N.A., hereby certify that on May 30, 2018, a true and correct copy of the Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor:              Nancy Sue Boronka

Debtor Attorney:  Ben L Schneider

Trustee:             Tom Vaughn

Further, I certify that on May 30, 2018, a true and correct copy of the Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Debtor Address:  5531 N Bernard Ave
                 Chicago, IL 60625

Debtor Attorney: Schneider & Stone
                 8424 Skokie Blvd., Suite 200
                 Skokie, IL 60077

Trustee Address: 55 E. Monroe Street, Suite 3850
                 Chicago, IL 60603

Judge's Initials:   JBS

By: /s/ DaLisa Dunaway
_____
DaLisa Dunaway
PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101-0570
1-800-642-6323 Ext.